# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARK DORY | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:16-2730 |
| JERRY ADDLEMAN AND ESTES | ) |
| EXPRESS LINES CORPORATION | ) |
| | ) |
| Defendant. | ) |

## ORDER

Marvin E. Aspen, District Judge:

The parties filed a Stipulated Order of Dismissal with Prejudice and a Motion for Judgment on the Record on November 26, 2019 pursuant to a settlement agreement. (Dkt. Nos. 97–98.) In accordance with the parties' joint filings, we grant that motion (Dkt. No. 98) and dismiss this case with prejudice. The parties agree that costs shall be assessed against Plaintiff. All future hearing dates are stricken. Civil case terminated. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: January 27, 2020